IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| NUTRIEN AG SOLUTIONS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 1:23-cv-00107-ACL |
| | ) | |
| CODY KOVACH | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER AND JUDGMENT OF DISMISSAL WITH PREJUDICE

The Court, being advised that the parties have reached a settlement of this matter, and upon Plaintiff's Voluntary Dismissal of this matter with prejudice, will dismiss the instant action with prejudice.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this action be and it is *dismissed with prejudice.*

Dated this _21st_ day of July 2023.

_____
THE HONORABLE ABBIE CRITES-LEONI
MAGISTRATE JUDGE